UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-23182-CIV-MARTINEZ-OTAZO-REYES

ANDRES GOMEZ,
    Plaintiff,

vs.

CANAIMA, LLC, d/b/a EL PAUJI, LLC,
    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Andres Gomez's Verified Motion for Attorneys' Fees and Costs, [ECF No. 15–16]. Magistrate Judge Otazo-Reyes filed a Report and Recommendation, [ECF No. 18], recommending that the motion be granted. The Court has reviewed the entire record and notes that no objections have been filed. Nor has a response been filed by the defaulted Defendant. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation [ECF No. 18] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiff Andres Gomez's Verified Motion for Attorneys' Fees and Costs, [ECF No. 15], is **GRANTED**.

2. Plaintiff is hereby awarded $5,535.00 in attorneys' fees and $620.00 in costs, **for a total award of $6,155.00.**

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of October, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record